IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00826-REB-KLM

UNITED STATES ex rel. ANTHONY HANLON,
UNITED STATES ex rel. LINDA DOLLAR, and
STATE OF COLORADO ex rel. RELATORS,

    Plaintiffs,

v.

COLUMBINE MANAGEMENT SERVICES, INC., a Colorado corporation doing business as COLUMBINE HEALTH SYSTEMS, and
POUDRE VALLEY HEALTH CARE, INC., a Colorado nonprofit corporation doing business as POUDRE VALLEY HEALTH SYSTEM,

    Defendants.

UNITED STATES,

    Interested Party.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the United States' **Unopposed Level 2 Motion by the United States for Partial Lifting of Case Restriction** [#5], on the United States' **Renewed Unopposed Level 2 Restricted Motion by the United States for Extension of Time to Consider Election to Intervene** [#15],[1] and on the United States' **Motion to Unrestrict Case and Maintain Level 2 Restrictions of Certain Pleadings** [#23].

    IT IS HEREBY **ORDERED** that the Motion to Unrestrict Case and Maintain Level 2 Restrictions of Certain Pleadings [#23] is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of Court shall unrestrict this case and that all filings **except Docket Nos. 6 and 15** shall be unrestricted and publically accessible.

    IT IS FURTHER **ORDERED** that the Clerk of Court shall maintain Docket Nos. 6 and

---

[1] The public entry on the electronic docket for this motion is found at Docket No. 17.

15 at a **Level 2** restriction.

IT IS FURTHER **ORDERED** that the Unopposed Level 2 Motion by the United States for Partial Lifting of Case Restriction [#5] is **DENIED as moot**.

IT IS FURTHER **ORDERED** that the Renewed Unopposed Level 2 Restricted Motion by the United States for Extension of Time to Consider Election to Intervene [#15] is **DENIED as moot**.

Because this case is being unsealed as of the date of this Minute Order, Defendants have not yet been served in the case. Accordingly,

IT IS HEREBY **ORDERED** that the Scheduling Conference set for October 23, 2014 at 10:00 a.m. is **VACATED** and **RESET** to **January 15, 2015 at 11:00 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **January 8, 2015**.

Dated: October 17, 2014