IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00826-REB-KLM

UNITED STATES *ex rel.* ANTHONY HANLON
And LINDA DOLLAR, and THE STATE OF
COLORADO *ex rel.* RELATORS,

Plaintiffs,

v.

COLUMBINE MANAGEMENT SERVICES,
INC., a Colorado corporation doing business as
COLUMBINE HEALTH SYSTEMS and
POUDRE VALLEY HEALTH CARE, INC., a
Coloradto nonprofit corporation doing business as
POUDRE VALLEY HEALTH SYSTEM,

Defendants.

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

MILLER & LAW, P.C.

By: */s/ Curtis R. Henry*
    Curtis R. Henry
    1900 W. Littleton Blvd.
    Littleton, Colorado 80120
    ATTORNEYS FOR PLAINTIFFS

SLC-7633701-1

| | |
|---|---|
| HUSCH BLACKWELL, LLP | RECHT KORNFELD, P.C. |
| By: /s/Matthew T. Schelp<br>Mathew T. Schelp<br>Jeffrey B. Jensen<br>Matthew P. Diehr<br>190 Carondelet Plaza<br>Suite 600<br>St. Louis, MO 63105<br>ATTORNEYS FOR DEFENDANT<br>COLUMBINE MANAGEMENT<br>SERVICES, INC. | By: /s/Heather R. Hanneman<br>Heather R. Hanneman<br>1600 Stout Street, Suite 1000<br>Denver, Colorado 80202<br>ATTORNEYS FOR DEFENDANT<br>POUDRE VALLEY HEALTH CARE,<br>INC. |

**SO ORDERED:**

DATED: August 4, 2015

_____
Hon. Kristen L. Mix
United States Magistrate Judge

SLC-7633701-1