IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00826-REB-KLM

UNITED STATES ex rel. ANTHONY HANLON,
UNITED STATES ex rel. LINDA DOLLAR, and
STATE OF COLORADO ex rel. RELATORS,

      Plaintiffs,

v.

COLUMBINE MANAGEMENT SERVICES, INC., a Colorado corporation doing business
as COLUMBINE HEALTH SYSTEMS, and
POUDRE VALLEY HEALTH CARE, INC., a Colorado nonprofit corporation doing business
as POUDRE VALLEY HEALTH SYSTEM,

      Defendants.

UNITED STATES,

      Interested Party.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on the parties' **Stipulated Motion to Amend Scheduling Order** [#84] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion [#84] is **GRANTED**.  The Scheduling Order is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline      **January 8, 2016**
- Rebuttal Expert Disclosure Deadline      **February 5, 2016**
- Deadline to Serve Written Discovery Requests      **February 23, 2016**
- Motions Under Fed. R. Evid. 702, 703, or 704      **February 29, 2016**
- Discovery Cut-off      **April 8, 2016**

      Dated:  November 30, 2015