**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00826-REB-KLM

UNITED STATES ex rel. ANTHONY HANLON,
UNITED STATES ex rel. LINDA DOLLAR, and
STATE OF COLORADO ex rel. RELATORS,

    Plaintiffs,

v.

COLUMBINE MANAGEMENT SERVICES, INC., a Colorado corporation doing business as COLUMBINE HEALTH SYSTEMS, and
POUDRE VALLEY HEALTH CARE, INC., a Colorado nonprofit corporation doing business as POUDRE VALLEY HEALTH SYSTEM,

    Defendants,

UNITED STATES,

    Interested Party.

---

**AMENDED FINAL JUDGMENT**

---

*Amended language shown between asterisks.

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the **Order Overruling Objections and Adopting Recommendation of United States Magistrate Judge** [#104] of Judge Robert E. Blackburn entered on March 25, 2016, it is

    ORDERED *that all of the claims in the operative complaint [#1] are dismissed with prejudice*; it is

    FURTHER ORDERED that judgment enters in favor of the defendants, Columbine Management Services, Inc., a Colorado corporation doing business as

Columbine Health Systems, and Poudre Valley Health Care, Inc., a Colorado nonprofit corporation doing business as Poudre Valley Health System, and against the plaintiffs; it is

FURTHER ORDERED that the defendants are awarded their costs to be taxed by the clerk of the court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; it is

FURTHER ORDERED that the court retains jurisdiction of this case to resolve any renewed motion for protective order filed by the defendants.

Dated at Denver, Colorado this 29th day of March, 2016.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Finney

K. Finney
Deputy Clerk